IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| STEVEN M. JOHNSON, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CV 321-067 |
| WARDEN JERMAINE WHITE;<br>WARDEN TONJA KEITH;<br>DR. DAVID CHENEY; and,<br>NP BEVERLY MURRAY, | ) ) ) ) ) | |
| Defendants. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. (Doc. no. 16.) Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case without prejudice, and **CLOSES** this civil action.

SO ORDERED this ____ day of May, 2022, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE